FILED

2003 DEC 12 A 10: 51

US DIST...
BRID...

#21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL
        Plaintiff        Civil Action No.
                                      303 CV 0288 (WWE)

V.

JILLIAN WONG and ALEX WONG        DECEMBER 11, 2003
        Defendants

Motion Granted.
Discovery cutoff date March 15, 2004
Dispositive Motions due by May 15, 2004
SO ORDERED
12/19/2003
Warren W. Eginton, Sr. U.S.D.J.

**DEFENDANTS' MOTION FOR EXTENSION OF TIME AND TO RESET THE DISCOVERY SCHEDULE**

The defendants respectfully move for an extension of time within which to conduct discovery in this case and to adjust the discovery deadlines accordingly. As originally agreed upon by the parties and ordered by the court, defense experts were to be disclosed by October 1, 2003, and discovery was to be concluded by December 15, 2003. However, the plaintiff has been still treating and his final medical reports and evaluations have not been received by plaintiff's counsel and thus not available for the defendants.

In addition, and most importantly, plaintiff resides in

ARGUMENT ~~REQUESTED~~/NOT REQUESTED
TESTIMONY IS/IS NOT REQUIRED