Held
4/8/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

April 8, 2004

10:00 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:03cv288(WWE)**     **Bichel v. Wong**

Edward L. Barry
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted
St. Croix, VI 00820

Francis J. Drumm III, Kenneth J. Mulvey, Jr.
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511

William J. Kupinse Jr., Warren F. Sasso
Goldstein & Peck
1087 Broad St., PO Box 1538
Bridgeport, CT 06604

Robert G. Oliver
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK