UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BISCHEL,

v.

WONG

3:03cv288(WWE)

FILED

2004 APR -8  P 12: 47

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### PRETRIAL ORDER

This case is scheduled to begin trial the week of August 16, 2004. Jury selection will occur on August 9, 2004. By **August 2, 2004**, each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case
2) Proposed Voir Dire
3) List of Witnesses
4) List of Exhibits
5) Deposition designations and cross-designations.
6) Proposed **Jury instructions** and **Interrogatories** for Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this April 8, 2004 at Bridgeport, Connecticut.

Warren W. Eginton
Senior U.S. District Judge