FILED

2004 JUN 14 P 12: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,
    PLAINTIFF              CIVIL ACTION NO.: 03-CV-0288(WWE)

VS.

JILLIAN WONG and ALEX WONG,
    DEFENDANTS           JUNE 9, 2004

### MOTION FOR PHYSICAL EXAMINATION OF THE PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 35(a), the defendant respectfully represents that this is a civil action in which the physical condition of the plaintiff, Joseph P. Bichsel is in controversy and is material to the prosecution or defense of the action. An independent physical examination of the plaintiff's neck, back and shoulder are necessary for the defense of the case.

Wherefore, the defendant respectfully requests that the court order that the plaintiff appear to be examined by

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

Robert N. Margolis, M.D., 800 Howard Avenue, 1st Floor, New Haven, Connecticut, Thursday, July 15, 2004 at 9:30 A.M. for a physical examination.  The plaintiff is requested to bring with him to said examination any and all x-rays, CT Scans, and MRI's.

    The defendant is not aware of any objection to this examination.

```
                                        THE DEFENDANT

                                 BY   /s/ Robert G. Oliver
                                        ROBERT G. OLIVER
                                        MULVEY, OLIVER, GOULD & CROTTA
                                        83 TRUMBULL STREET
                                        NEW HAVEN, CT 06511
                                        203) 624-5111
                                        FED. ID. # CT 00192
```

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel of record and pro se parties on June 9, 2004.

Warren F. Sasso, Esq.
William J. Kupinse, Jr., Esq.
Goldstein & Peck
P. O. Box 1538
Bridgeport, CT  06601

Edward L. Barry, Esq.
Hamm & Barry
5030 Anchor Way, Christiansted
St. Croix, U.S. Virgin Islands 00820

_____
ROBERT G. OLIVER

F:\MO&G\Active\Fireman's Fund 006700\Wong v. Bichsel RGO 103\Pleadings\IME NOTICE.wpd