UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 14 P 2: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Joseph Bichsel

v.                                        Civ.No. 3:03cv288(WWE)

Jillian Wong, et al

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| [signed] | Plaintiff Joseph Bichsel | 7/9/04 |
| [signed] | Defendants | 7/15/04 |
| | | |
| | | |

SIGN THIS FORM AND FORWARD IT TO OTHER COUNSEL. WHEN ALL COUNSEL HAVE SIGNED THE FORM, RETURN IT TO THE CLERK OF THE COURT. <u>DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.</u>

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _Holly Fitzsimmons_, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R Civ.P. 73 and the foregoing consent of the parties.

_____
Senior United States District Judge

Date: 7/14/04