UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Honorable Holly B. Fitzsimmons
915 Lafayette Boulevard
Bridgeport, CT 06604
Courtroom #4

NOTICE TO COUNSEL

Proposed Voir Dire questions shall be submitted in compliance with the Pretrial Order.

Problems with the selection of juries or in the assignment of trial dates shall be discussed prior to the calendar date among all counsel. No continuances shall be granted except upon a timely request submitted in writing, after such consultation and upon good cause shown.

Any request by counsel for a continuance to the next jury selection date must include a representation that his/her client joins in the request.

Because settlement of cases assigned for jury selection or trial affects counsel and parties in other scheduled cases, timely notice must be given of settlements. As late notice imposes heavy burdens on the court system, any settlement reported after the close of business two days prior to jury selection will require an explanation of why settlement was not achieved and reported sooner. The absence of a reasonable basis for the failure to achieve and give notice earlier will result in the taxation of costs against an offending party.

Attention of counsel in civil cases is called to the District Court Standing Order Regarding Trial Memoranda in Civil Cases and to this Court's Pre-trial Order.