UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH P. BISCHEL | : |
| | : |
| v. | : CIV. NO. 3:03CV0288 (WWE) |
| | : |
| ALEX WONG | : |
| JILLIAN WONG | : |

RULING ON DEFENDANTS' MOTION FOR PHYSICAL
EXAMINATION OF PLAINTIFF

Defendants' Motion for Physical Examination of the Plaintiff **[Doc. #28]** seeking an independent examination of the plaintiff's neck, back, and shoulder is **GRANTED** nunc pro tunc.

SO ORDERED at Bridgeport this 21st day of July 2004.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE