UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JOSEPH P. BICHSEL,
         PLAINTIFF                CIVIL ACTION NO.:03CV288(HBF)

VS.

JILLIAN WONG and ALEX WONG,
         DEFENDANTS               OCTOBER 21, 2004
```

**DEFENDANTS' VOIR DIRE QUESTIONS**

Pursuant to the court's order, the defendants hereby submit the following voir dire questions for jury selection at the trial of this case:

1. Have you or any member of your immediate family ever been a plaintiff in a law suit for personal injures or made a claim, including a work related claims, for personal injuries against someone else?

2. Have you or any member of your immediate family ever sustained any serious personal injury to your neck, back or shoulder in an accident?

3. Have you or any member of your immediate family ever been injured in a motor vehicle accident?

4. Have you or any member of your immediate family ever

traveled to or resided on the island of St. Croix in the United States Virgin Island?  If so, would the fact that the plaintiff lived on St. Croix at the time of the accident in 2001 and had resided there for many years effect you in any way in your deliberations as a juror?

    5. Have you or any member of your immediate family worked in the construction trades or engaged in home building?

    6. In this case Mr. and Mrs. Wong, the defendants, have admitted liability for the accident.  What is at issue is what injuries, damages and losses, if any, were caused by this negligence and to what extent.  If you are chosen as a juror will you judge the claims for injuries and losses fairly based solely on the facts and the law and not punish the defendants, or reward the plaintiff, because the defendants have admitted liability for the accident?

    7. The court will instruct you that sympathy is to play no part in your decision of the case.  Can you, if chosen, put sympathy out of your mind and just decide the case on the facts and evidence according to the law the judge gives you?

    8. In this case the motor vehicle accident happened on the Hutchinson River Parkway in New York State and the law of New York will govern your decision in this case. If New York law as the judge explains it to you is different than Connecticut law

with which you are probably more familiar, will you put aside any preconceptions of what the law is or ought to be and follow just what the judge tells you the New York law is?

Defendants reserve the right to supplement this submission.

```
                    DEFENDANTS, JILLIAN WONG AND
                            ALEX WONG


                BY:_____
                     ROBERT G. OLIVER
                 MULVEY, OLIVER, GOULD & CROTTA
                       83 TRUMBULL STREET
                       NEW HAVEN, CT  06511
                         (203) 624-5111
                         (203) 789-8371 FAX
                       Fed Id. No. CT 00192
```

CERTIFICATION

    This is to certify that a copy of the foregoing was mailed, postage prepaid on October 21, 2004, to:

    Warren F. Sasso, Esq.
    William J. Kupinse, Jr., Esq.
    Goldstein & Peck
    P. O. Box 1538
    Bridgeport, CT  06601

    Edward L. Barry, Esq.
    Hamm & Barry
    5030 Anchor Way, Gallows Bay
    Christiansted, VI  00820

                          _____
                            Robert G. Oliver