```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

                                 :
JOSEPH P. BISCHEL                :
                                 :
v.                               :   CIV. NO. 3:03CV288(HBF)
                                 :
ALEX WONG                        :
                                 :
                                 :
                                 :
                                 :
                          SCHEDULING ORDER
```

Plaintiff's second oral motion for extension of time to file the pretrial memorandum is GRANTED on consent to Tuesday October 26, 2004. Defendant will file his pretrial memoranda under separate cover. Plaintiff will file his response to defendant's Motion in Limine on choice of law on or before Tuesday October 26, 2004.

A pretrial telephone conference is scheduled for Monday November 1, 2004 at 2:00 p.m.

SO ORDERED at Bridgeport this 22nd day of October 2004

```
                         ___/s/_____
                         HOLLY B. FITZSIMMONS
                         UNITED STATES MAGISTRATE JUDGE
```