AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

CONNECTICUT

APPEARANCE

Joseph P. Bichsel

v.

CASE NUMBER: 03 CV288 (WWE)

Jillian'Vong and Alex Wong

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff, Joseph P. Bichsel

_Date_

*Signature*

Daren R. Altieri / ct22116
GOLDSTEIN AND PECK, P.C.
P.O. Box 1538 / 1087 Broad Street
Bridgeport, CT 06601
(203) 334-9421 / (203) 334-6949 fax

btd\forms\federal court appearance

<u>CERTIFICATION</u>

    I hereby certify that a copy of the above was mailed or electronically delivered on this 26th day of October 2004, to all counsel and prose parties of record as follows:

                        Edward L. Barry
                        Attorney for Plaintiff
                            (Pro Hac Vice)
                        Hamm & Barry
                        5030 Anchor Way
                        Christiansted, VI 00820


                        Francis J. Drum III
                        Mulvey, Oliver, Gould & Crotta
                        83 Trumbull Street
                        New Haven, CT 06511


                        _/s/ Daren R. Altieri_____
                        Daren R. Altieri