UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH P. BISCHSEL,<br>   PLAINTIFF | CIVIL ACTION NO.: 03-CV-0288 (HBF) |
| VS. | |
| JILLIAN WONG AND ALEX WONG<br>   DEFENDANTS | OCTOBER 27, 2004 |

### SUPPLEMENT TO JOINT TRIAL MEMORANDUM

    The plaintiff supplements the joint trial memorandum dated October 21, 2004 by stating that he also will submit as exhibits a summary of medical expenses, related travel expenses, and supporting documentation.

                                              Plaintiff Joseph P. Bichsel

                                  By: _____
                                      Daren R. Altieri, Esq. / ct 22116
                                      Goldstein and Peck, P.C.
                                      1087 Broad Street
                                      P.O. Box 1538
                                      Bridgeport, CT 06601

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed or electronically delivered on this 27th day of October 2004, to all counsel and prose parties of record as follows:

Robert G. Oliver
Francis J. Drum, III
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511
(203) 624-5111

Edward L. Barry
\Hamm & Barry
5030 Anchor Way
Christiansted, VI 00820

Daren R. Altieri, Esq.