UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH P. BISCHSEL,                        CIVIL ACTION NO.: 03-CV-0288 (HBF)
   PLAINTIFF

VS.

JILLIAN WONG AND ALEX WONG
   DEFENDANTS                              OCTOBER 28, 2004

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION IN LIMINE

Plaintiff requests an extension of time to file a response to defendants' motion in limine dated October 21, 2004 for the reason that plaintiffs main counsel, whose office is in the U.S. Virgin Islands, did not receive notification of the order to file the response on or before Tuesday, October 26, 2004, until Thursday, October 28, 2004. The plaintiff has been unable to contact defense counsel to determine whether or not there is an objection to this request for extension because defense counsel will not return to his office until November 1, 2004.

WHEREFORE, the plaintiff requests an extension of time to file a response to the defendants' motion in limine on choice of law until November 1, 2004.

                    Plaintiff Joseph P. Bichsel

By: _____
     William J. Kupinse, .    t06113
     Goldstein and Peck, P.C.
     1087 Broad Street
     P.O. Box 1538
     Bridgeport, CT 06601

## CERTIFICATION

I hereby certify that a copy of the above was mailed or electronically delivered on this 28"' day of October 2004, to all counsel and prose parties of record as follows:

| | |
|---|---|
| Robert G. Oliver | Edward L. Barry |
| Francis J. Drum, III | Hamm & Barry |
| Mulvey, Oliver, Gould & Crotta | 5030 Anchor Way |
| 83 Trumbull Street | Christiansted, VI 00820 |
| New Haven, CT 06511 | |
| (203) 624-5111 | |

_____
iam J. Kupinse