UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,
      PLAINTIFF    CIVIL ACTION NO.:03-CV-0288(WWE)

VS.

JILLIAN WONG and ALEX WONG,
      DEFENDANTS    OCTOBER 28, 2004

**MOTION IN LIMINE TO PRECLUDE TESTIMONY OR INTRODUCTION OF EVIDENCE RELATED TO LESSENED SALE PRICE OF PLAINTIFF'S RESIDENCE**

  Pursuant to Local Rule 7, the defendants move in limine for an order precluding the plaintiff from testifying to or introducing evidence related to the lessened price for the sale of his former home in 2003 due to plaintiff's alleged inability to make improvements to the home as a result of his injuries. Evidence of this sort would be highly speculative and not based on fact and, therefore, can not satisfy the requirement of proof of lost profit with reasonable certainty.

**ORAL ARGUMENT REQUESTED**

**TESTIMONY NOT REQUIRED**

In support hereof, the defendant submits a memorandum of law.

        DEFENDANTS, JILLIAN WONG AND
          ALEX WONG

BY:_____
    FRANCIS J. DRUMM, III
    MULVEY, OLIVER, GOULD & CROTTA
    83 TRUMBULL STREET
    NEW HAVEN, CT  06511
    (203) 624-5111
    (203) 789-8371 FAX
    Fed Id. No. CT 24352

### ORDER

The Court, having heard Defendant's Motion in Limine re Choice of Law, it is hereby ORDERED:

GRANTED / DENIED

_____
JUDGE

2

**CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed, postage prepaid on October 28, 2004, to:

    William J. Kupinse, Jr., Esq.
    Goldstein & Peck
    P. O. Box 1538
    Bridgeport, CT  06601

    Warren F. Sasso, Esq.
    Goldstein & Peck
    P. O. Box 1538
    Bridgeport, CT  06601

    Edward L. Barry, Esq.
    Hamm & Barry
    5030 Anchor Way, Gallows Bay
    Christiansted, VI  00820

                                      _____
                                        FRANCIS J. DRUMM, III

Case 3:03-cv-00288-HBF     Document 42     Filed 11/03/2004     Page 4 of 4