UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,
    PLAINTIFF                    CIVIL ACTION NO.: 03 CV-0288(WWE)

VS.

JILLIAN WONG and ALEX WONG,
    DEFENDANTS                NOVEMBER 2, 2004

### DEFENDANT'S SUPPLEMENT IN SUPPORT OF IT MOTION IN LIMINE TO PRECLUDE TESTIMONY OF DR. CARMEN CINTRON ON THE ISSUE OF CAUSATION

The defendants, Jillian and Alex Wong, hereby supplement their Motion in Limine to Preclude the Testimony of Dr. Carmen Cintron on the Issue of Causation by supplying the court a complete copy of Dr. Cintron's deposition given on August 27, 2004.

```
                       THE DEFENDANTS JILLIAN AND ALEX WONG

                  BY: _____
                       Francis J. Drumm, III
                       MULVEY, OLIVER, GOULD & CROTTA
                       83 TRUMBULL STREET
                       NEW HAVEN, CT   06511
                       (203) 624-5111
                       (203) 789-8371 FAX
                       Fed Id. No. CT 24352
```

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on November 2, 2004, to:

William J. Kupinse, Jr., Esq.
Goldstein & Peck
P. O. Box 1538
Bridgeport, CT   06601

Warren F. Sasso, Esq.
Goldstein & Peck
P. O. Box 1538
Bridgeport, CT   06601

Edward L. Barry, Esq.
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, VI   00820

_____
FRANCIS J. DRUMM, III