14 pages, dated April 4, 2002; arthrogram, left shoulder;
15 MRI, cervical spine; MRI, lumbar spine; MRI, right
16 shoulder; Imaging Center report of April 11, 2003; MRI,
17 lumbar spine; East River Medical Imaging, April 15th,
18 2003; MRI, lumbar spine; letter from Mr. Barry to you
19 dated August 19th, 2004, enclosing these reports.
20     I will come back to that. And let's see, a
21 copy of a report of Dr. Robert N. Margolis, July 15th,
22 2004.
23 BY MR. OLIVER:
24     Q. Is that the sum total of the medical documents
25 that you have been furnished?
0020
1     A. Yes, sir.
2     Q. And the letter of August 29th -- I'm sorry,
3 August 19th, 2004 from Mr. Barry to you itemizes the
4 medical records, and is that the time that these records
5 were supplied to you?
6     A. Yes. This is the second time I have had these
7 records because the original ones that I was given at
8 first, I left them on St. Croix. I wasn't sure we were
9 going to be doing this.
10     Q. Let me just clarify. I don't want there to be
11 any misunderstanding. On August 19th, 2004, Mr. Barry's
12 office sent you these itemized records?
13     A. Yes, sir.
14     Q. Now, are there additional records or other
15 chart or medical references records relating to Mr.
16 Bichsel that you have?
17     A. No, sir. There are some that I don't have.
18     Q. Do you have in your office in St. Croix
19 additional documents on this man?
20     A. No.
21     Q. Do you have any records relating to Mr.
22 Bichsel back in St. Croix?
23     A. Yes.
24     Q. What do you have back there?
25     A. Pretty much this, with my SOAP notes and the
0021
1 x-ray reports, and this is new. And as I said, we are
2 missing the -- he was evaluated by a neurosurgeon. I
3 don't have that evaluation.
4     Q. Do you know the name of that doctor?
5         THE WITNESS: What is the name of that
6 doctor, Ed?
7     Q. You have to answer. You can't ask him.
8     A. I'm sorry. No. I do not remember the name of
9 that doctor, no.

```
10      Q.  Have you any communication with that doctor?
11      A.  The initial evaluation request that I have
12  from St. Croix, I have seen Mr. Bichsel, and he is
13  moving to Oregon.  And I would like to have a
14  neurosurgeon take a look at him, review the reports, and
15  see if he should have a myelogram and answer the
16  question as to whether or not he is a surgical
17  candidate.
18          That was the nature of my consultation with
19  him.  I spoke to him once, and then I left, so I didn't
20  really have a --
21      Q.  You called and spoke with a doctor in Oregon?
22      A.  Yes, sir.
23      Q.  And conveyed those questions you just did, and
24  do you know whether Mr. Bichsel has followed up and seen
25  that particular doctor?
0022
1       A.  Yes, he has seen him.
2       Q.  You don't know the results of what occurred?
3       A.  Exactly, exactly.
4       Q.  And that doctor has not, if I am correct,
5   transmitted any information to you?
6       A.  He probably did because his secretary wanted
7   my mailing address for just that purpose.  But then I
8   left St. Croix, and so it is probably in my mail.
9       Q.  As of today, as you sit here today, you don't
10  know what, if anything, he has done; is that correct?
11      A.  Correct.
12      Q.  All right.  Would you be kind enough then to
13  tell me what -- let me ask you this.  Either here or in
14  St. Croix, did you ever receive any films, x-rays, or
15  MRIs to actually review or have you only seen the
16  reports, the written reports?
17      A.  Only the reports.
18      Q.  Would you tell us what the history was that
19  Mr. Bichsel gave you, if you took one, when you first
20  saw him?
21      A.  Would you mind if I just sort of read it off
22  of the summary?
23      Q.  Whatever, however you feel it appropriate to
24  refresh your recollection.
25      A.  52-year-old male, right-handed, was very
0023
1   healthy, very active, hardworking, up until he was
2   involved in a motor vehicle accident 2001.  He was a
3   front seat passenger, and the vehicle that they were
4   driving in was rear-ended.
5           I believe they were en route to the airport.
```

6  And within about two hours or so, he started having some
7  musculoskeletal-type pain, mostly involving his left
8  shoulder and his lower back area. And then within
9  24 hours, from neck to low back was pretty -- was pretty
10 bad. He was having significant pain through his entire
11 body.
12     Q.  Did he tell you what, if any, treatment he
13 had?
14     A.  I believe he had been seen by a physical
15 therapist at some point, and he also had been treated by
16 an acupuncture specialist, a doctor.
17     Q.  Did you know when you first saw him if he had
18 seen any doctors in the Virgin Islands?
19     A.  I don't believe he had, sir. I am the only
20 osteopath on St. Croix.
21     Q.  Now, are you familiar with Dr. Frank Bishop?
22     A.  Just by name only. I have never met him. A
23 lot of his patients have come to my office.
24     Q.  Do you know what sort of medicine he
25 practices, ma'am?
0024
1      A.  I think he does sort of a family practice type
2  medicine, just a little bit of this, a little bit of
3  that.
4      Q.  There is another name of a doctor in the
5  Virgin Islands we have seen in this case, Dr. Hugo
6  Cesar. Are you familiar with that gentleman?
7      A.  No, sir. I think he is in St. Thomas.
8      Q.  Now, other than that one telephone
9  conversation you had with a doctor in Oregon, have you
10 spoken with any other doctor that has treated or
11 examined Mr. Bichsel?
12     A.  No, sir.
13     Q.  I note that in your office notes of March 2nd,
14 2004 -- and you can feel free to look at them if you
15 want -- there is a reference in the second or -- it is
16 hard to say. There is a paragraph near the middle that
17 says, "now having bouts of depression secondary" -- is
18 that correct, "chronic pain"?
19     A.  Yes, sir, that's correct.
20     Q.  Would you tell us your best recollection of
21 how this depression was manifesting itself?
22     A.  Lassitude, lack of interest in sex. At one
23 point he said he was just becoming like a recluse, not
24 wanting to leave his house. He was becoming upset that
25 he had begun to gain all this weight and was getting a
0025
1  pot belly, and he was just -- low endurance for any kind

```
 2   of physical activity, loss of interest, just --
 3      Q.  Did you weigh him at that time?
 4      A.  No, sir.
 5      Q.  Did you take his height at that time?
 6      A.  No, sir.
 7      Q.  The next line says "NSAIDS." I can't read the
 8   rest of that. What does that mean?
 9      A.  That is NSAID, nonsteroidal anti-inflammatory
10   drugs.
11      Q.  And what is the next word?
12      A.  "Causes heartburn symptoms."
13      Q.  Thank you. What was your assessment at that
14   time with respect to his condition?
15      A.  Under AMP --
16      Q.  That is on the second page of the report?
17      A.  Yes, sir.
18      Q.  What does "AMP" stand for?
19      A.  Assessment & Plan.
20      Q.  Thank you. A&P, I guess?
21      A.  Yes. One thing is missing from that, the
22   lumbar part.
23      Q.  Why don't you just tell us what that says?
24      A.  It says "left cervical strain, and "OMT" means
25   that I worked on his neck. It says, "Left rotator cuff
0026
 1   spasm, OMT, and it says "left bicipital tendonitis. Oh,
 2   yes, I did write "bilateral lumbar spasm."
 3      Q.  But before that, it says, "May need" --
 4   something or other?
 5      A.  "Kenolog." Kenolog is an injectable steroid.
 6      Q.  Did you give him or administer that?
 7      A.  That office visit, no, and I don't believe we
 8   ever decided to do that. He wasn't too keen on the idea
 9   of being injected with steroids.
10      Q.  What, if any, treatment program, if any, did
11   you prescribe?
12      A.  I began OMT, osteopathic manipulative
13   techniques.
14      Q.  In the case of Mr. Bichsel, could you tell us
15   what those were?
16      A.  If you look in the physical exam, it shows --
17      Q.  Go ahead, ma'am. You were about to answer
18   that question.
19      A.  In the physical exam, if you see under C4-C6,
20   rotator, left side, bent left with trigger points along
21   there.
22      Q.  Just tell me what page you are on, ma'am.
23      A.  I am on the second page.
```

```
24            MR. BARRY:  I am confused too.
25      A.  Second page, 3, 2.
0027
 1            MR. BARRY:  Second page in reverse order.
 2      Q.  In any event --
 3      A.  I worked on his cervical spine.
 4      Q.  Just tell us where on the page or hold it up
 5  to us so we can figure it out.  I have got that page
 6  now.  Where are you referring to?
 7      A.  Right where it starts to say "C4-C6."
 8      Q.  Thank you very much.  Now proceed.
 9      A.  That is like a physical exam.  That is like an
10  osteopathic physical exam.  So when you asked the
11  question, how did I direct treatment, it was towards
12  that area.
13      Q.  And what is the treatment?  Is that some sort
14  of massage or what?
15      A.  It is a deep tissue manipulation.  We call it
16  myofascial with counterstrain technique, which is sort
17  of an acupuncture-type technique, except my finger is a
18  lot wider than an acupuncturist's needle.  But it is
19  basically a pressure, an application of direct pressure,
20  and the goal is to relax any micro-spasms along the area
21  that the patient has trigger point tenderness.
22      Q.  So is this therapy that is applied by you, by
23  your hands?
24      A.  Yes, sir.
25      Q.  And with respect to this OMT, osteopathic
0028
 1  manipulation therapy, that was applied at your office,
 2  was this done exclusively by you or did you have
 3  assistants or associates?
 4      A.  Exclusively by me.
 5      Q.  How much time was spent with respect to these
 6  three parts of the body; the cervical, rotator cuff --
 7  I'm sorry.
 8      A.  And the lumbar spine.
 9      Q.  And the lumbar spine?
10      A.  About an hour.
11      Q.  Total or an hour in each?
12      A.  No, an hour total on just working on him.  The
13  whole visit was over an hour, with the history and the
14  physical, yes.
15      Q.  So what would be the length of the first visit
16  then?
17      A.  The first visit with JP, about an hour and
18  45 minutes.
19      Q.  And did you subsequently see him again on
```

20  March 16th?
21     A.  Yes, sir.
22     Q.  Wait a minute, March 10th?
23     A.  I'm sorry.
24     Q.  And what was your A&P at that time?
25     A.  My A&P at that time was lumbar sacral strain
0029
1  with trigger point tenderness, as described above, and
2  that is right SI and trochanteric, as well as
3  piriformis.  Those are muscles and joints.
4          They are all -- he had multiple trigger points
5  I also saw on the first exam, so I worked on his
6  lumbosacral spine again, and I also worked on his neck
7  again.  We talked about the shot to his left shoulder,
8  and he said he would like to hold for now.
9     Q.  And --
10            MR. BARRY:  Are you done?
11     A.  And interesting, his right leg -- let me
12  see -- I just noticed that.  His right leg on the second
13  visit was just slightly weaker than the left, 4 to 5
14  over 5 compared to 5 over 5.
15     Q.  Tell us, where on the sheet does that appear?
16     A.  That appears right above A&P, where it says
17  "MS, 4-5 over 5 on right."
18     Q.  What does "MS" stand for?
19     A.  Muscle strength.
20     Q.  And what indicates that that refers to his
21  lower extremities as opposed to some other extremity?
22     A.  Because it comes under the lumbar, and "DTR,"
23  right next to that is "absent Achilles ankle reflex," so
24  all of that was lower extremity.
25     Q.  In addition to the OMT, did you make any
0030
1  prescription with respect to medication?
2     A.  He had prescriptions.  He had -- let's see.
3  He had Soma compound that another physician had written
4  for him, and he also had Robaxin.  You want the
5  milligram dose, or it doesn't matter?  He had medicines
6  from his other doctors.  He didn't want or need any
7  medicines from me.
8     Q.  Do you know who had prescribed those
9  medications?
10     A.  No, sir.
11     Q.  There is a reference -- let me see.
12     A.  I am sure I saw the doctor's name on the
13  bottle, but I surely didn't write it in my note.
14     Q.  Do you know whether he was taking any other
15  medication at this time he was seeing you?

16    A.  He would take APR, as needed, over the counter
17  NSAIDS, like Motrin, sometimes Aleve. He would take
18  some Tylenols off and on, and that is about it.
19    Q.  Was he taking Vicodin?
20    A.  At one point he had taken Vicodin. When I saw
21  him, did I see a Vicodin bottle? No.
22    Q.  Did you ask him as part of your examination
23  what medications he was taking?
24    A.  Ever or now? The only thing he told me was
25  Robaxin.
0031
1    Q.  I'm sorry. Let me ask it again so there is no
2  misunderstanding. When you first met with him and
3  examined him, as part of your examination, did you ask
4  him if he was taking any medications, and if so, what
5  they were?
6    A.  Yes.
7    Q.  And what is your best recollection of what he
8  told you, Soma and Robaxin, or were there others?
9    A.  Yes, Robaxin.
10    Q.  What about Vicodin? Was that mentioned at
11  that time?
12    A.  That was mentioned, but he did not have a
13  bottle of it. And at one point I think he had also
14  taken some Percocets in the past.
15    Q.  Had he taken any medications for depression?
16    A.  No.
17    Q.  Did you prescribe any medication for
18  depression?
19    A.  We talked about it.
20    Q.  In your practice in the Virgin Islands, are
21  you able to prescribe controlled drugs?
22    A.  Yes.
23    Q.  And did you make any recommendation to him
24  with respect to depression medication?
25    A.  We talked about it.
0032
1    Q.  And did you -- what does that mean, "We talked
2  about it"?
3    A.  That we discussed -- well, you know, "JP, you
4  might be having a little bit of depression. A short
5  course of Prozac might help," that kind of way. He
6  didn't want to have Prozac.
7    Q.  You saw him on the 10th. You also saw him
8  next on the 16th of March; is that correct?
9    A.  Yes, sir.
10    Q.  And at that time, your Assessment & Plan
11  refers to the lumbosacral strain, and then there is a

```
12  right cervical strain?
13     A.  Yes, sir.
14     Q.  The first visit back on March the 2nd referred
15  to a left cervical strain.  Had there been any change,
16  or is that an error?
17     A.  It is not an error.  The right side of his
18  neck probably wasn't hurting on the first day I saw him.
19           MR. OLIVER:  Just one second.
20           (Off the record discussion.)
21     Q.  And did you provide him this osteopathic
22  manipulation therapy on each occasion that he came in?
23     A.  Yes, sir.
24     Q.  On the subsequent occasions after the first,
25  how much time would be provided for that?
0033
 1     A.  Half an hour to 45 minutes.
 2     Q.  You saw him on the 23rd of March; is that
 3  correct?
 4     A.  Yes, sir.
 5     Q.  On the 31st -- on April 15th, on April 15th,
 6  in addition to the cervical strain, your assessment and
 7  plan listed thoracic strain.  Is that a change from the
 8  prior assessments?
 9     A.  That is -- yes, that is a point that became
10  symptomatic, if you will notice under the -- "CC" stands
11  for "Chief Complaint."  He says he was having some left
12  shoulder pain that was much increased since the previous
13  visits, and he was also having some left-sided pain, and
14  then he told me he may have slept on his left side.  So
15  that when he came in to see me, part of the evaluation
16  was noticing this trigger point in his thoracic spine,
17  so that is how that thoracic strain gets into the A&P.
18     Q.  The Number 3 on the A&P, Assessment & Plan, if
19  I read it, is "Mild diastolic" --
20     A.  Hypertension.
21     Q.  -- "hypertension."  Now, what was that all
22  about?
23     A.  Well, for the first time -- actually, wasn't
24  the first time.  It was the second time that I noticed
25  it.  If you will notice, on the 3/23/04 visit, his
0034
 1  diastolic blood pressure was 90.  I circled it sort of
 2  to keep it in the back of my head, I guess.  Then when
 3  he came back on 4/15, it was 91.  And I said, "Hey, JP,
 4  what is going on with your blood pressure?"
 5         He says, "Well, I have never had high blood
 6  pressure," so we talked about it.  We talked about salt.
 7  We started talking about whether or not he is having
```

8  insomnia. There is lots of things that causes
9  hypertension, and I just said we need to keep an eye on
10 that. You know, you are getting old, and it can be
11 related to your chronic pain, and so we talked about
12 that. No treatment at this time. Go ahead?
13      Q. If you have finished your answer.
14      A. Yes, I have finished with my answer, sir.
15      Q. Thank you.
16      A. I was going to take you to the next visit, but
17 that is okay.
18      Q. We will get there.
19      A. Okay.
20      Q. Did you ever form an opinion with reasonable
21 osteopathic certainty as to whether or not the mild
22 diastolic hypertension was connected to the accident of
23 June, 2001?
24      A. That is an interesting question. There is
25 lots of reasons why people get or develop hypertension.
0035
1  Could it be related to chronic pain? Well, sure, yes.
2  Could it be related to insomnia? Well, sure, yes.
3  Could it be related to financial stress because he is
4  not having any income? Yes, so that in a sort of --
5  well, could it be related to the accident, which causes
6  all those chronic pain, well, yes. Could this man have
7  developed diastolic hypertension whether or not he was
8  in a car accident? Yes. So that is a difficult
9  question to answer.
10      Q. So if I understand it, you did not form an
11 opinion with reasonable osteopathic certainty either way
12 as to that issue; is that correct?
13      A. No. Yes, that's correct.
14      Q. Thank you.
15          MR. OLIVER: Let's take 30 seconds off
16 and get that marked.
17          (Defendants' Exhibit 2: Marked for
18 Identification - described in Index.)
19      Q. Now, your next visit was -- his next visit was
20 April 21st; is that correct?
21      A. April 15th.
22      Q. We just talked about that?
23      A. Yes, sir.
24      Q. What does "CC" at the start mean?
25      A. Chief Complaints.
0036
1      Q. It indicates the neck feels much better; is
2  that correct?
3      A. Um-hum.

```
 4     Q.  You have to say "yes" or "no."
 5     A.  I'm sorry.  Yes, yes.
 6     Q.  "Slightly" what?
 7     A.  "Bruised left shoulder muscle."  That is like
 8  sort of his words.  Yes, that means like sore.
 9     Q.  And then "LBP," is that lower back pain?
10     A.  Low back pain has reoccurred over last 2 days.
11  If you notice in my previous note, it had totally
12  resolved, in one of those notes on 3/23.  It was totally
13  gone and then it reoccurred again.
14     Q.  And it indicates, "States has been doing some
15  light work" -- something or other?
16     A.  Yes.
17     Q.  What is that?
18     A.  "On the house."
19     Q.  "On the house."  And your Assessment & Plan is
20  cervical strain and lumbosacral strain; is that correct?
21     A.  Yes, sir.
22     Q.  Incidentally, when you first met with him, did
23  he indicate what his employment or line of work was?
24     A.  Yes, sir.
25     Q.  What did he tell you?
0037
 1     A.  He was a construction worker.
 2     Q.  Did he tell you who he worked for?
 3     A.  I think he owned his own construction company.
 4  I think he probably worked for somebody initially, but
 5  it sounded to me like he was his own construction man
 6  and that he had a few other people working under him or
 7  for him, depending on the needs.  Most of the times he
 8  worked alone or with one or two other people.
 9     Q.  And did he indicate to you what type of
10  construction he had engaged in as of June, 2001, the
11  time of the accident?
12     A.  Well, he did kind of everything.  I think he
13  was more of a carpenter.  He was also a brick layer.  He
14  did everything.
15     Q.  Did he indicate to you what work he had done
16  after June 26th, 2001, up until the time you saw him in
17  March of 2004?
18     A.  Yes, he did.
19     Q.  And will you tell us?
20     A.  At the bottom of the very first note, it
21  starts, "Left shoulder pain became less intense for
22  about one year," and then he started working three weeks
23  prior to coming to me, and the left shoulder pain had
24  reoccurred.
25         On that very first visit, the part of his body
```