UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,
     PLAINTIFF                CIVIL ACTION NO.:03CV288(HBF)

VS.

JILLIAN WONG and ALEX WONG,
     DEFENDANTS              NOVEMBER 5, 2004

**DEFENDANTS' SUPPLEMENT TO JOINT TRIAL MEMORANDUM**

Defendants hereby supplement their portion of the Joint Pre Trial Memorandum as follows:

9.    STIPULATED FACTS/CONTESTED FACTS: The parties stipulate to the following facts:

14. The defendants are "covered persons" within the terms of the New York's No Fault Insurance Law because Ms Wong was operating a motor vehicle owned by Mr. Wong which was insured in Connecticut with a policy of motor vehicle liability insurance coverage (with Firemens Fund Insurance Companies).

10.   LIST OF WITNESSES:

Plaintiff:

Defendants object to Joel Uretta, real estate broker,

identified on plaintiff's portion of Joint Pre Trial Memorandum. No expert report was timely provided. His testimony as described is irrelevant and prejudicial to defendants.

As to Carl Mangone (by deposition) defendants will object to certain potion of the transcript. See §12(3) below.

12. DEPOSITIONS:

Plaintiff:

3. Deposition of Carl Mangone. Defendants will object on the grounds of hearsay (and relevancy) to the following portions of the transcript if offered:

p. 10, lines 3-5

p. 12, lines 8-11

p. 22, lines 3-4

p. 23, line 8 through p. 24, line 8

p. 26, line 22 through p. 27, line 1

p. 28, line 11 through p. 29, line 10.

The defendants reserve the right to file such further motions or raise additional issues as may be appropriate prior to or during trial.

```
                              DEFENDANTS, JILLIAN WONG AND
                              ALEX WONG


                         BY:  _____
_____        ROBERT G. OLIVER
                              MULVEY, OLIVER, GOULD & CROTTA
                              83 TRUMBULL STREET
                              NEW HAVEN, CT 06511
                              (203)624-5111
                              FED ID. NO. CT 00192
```

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid on November 5, 2004, to:

Warren F. Sasso, Esq.
William J. Kupinse, Jr., Esq.
Goldstein & Peck
P. O. Box 1538
Bridgeport, CT  06601

Edward L. Barry, Esq.
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, VI  00820

ROBERT G. OLIVER