UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,
    PLAINTIFF                  CIVIL ACTION NO.:03-CV-0288(WWE)

VS.

JILLIAN WONG and ALEX WONG,
    DEFENDANTS               November 8, 2004

**MOTION IN LIMINE TO PRECLUDE TESTIMONY OF DR. CARMEN CINTRON ON THE ISSUE OF CAUSATION**

     Pursuant to Local Rule 7, the defendants, Jillian and Alex Wong, move in limine for an order precluding the expert opinions, testimony, records and reports of one of plaintiff's doctors, Dr. Carmen Cintron, because:

     1.  Her opinions, testimony, records, and reports as to causation are inadmissible under Rule 702 of the Federal Rules of Evidence because they are based upon insufficient facts or data, including but not limited to a lack of knowledge relating to plaintiff's subsequent injuries.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

2. Her opinions, testimony records and reports on the issue of causation are inadmissible under Rule 702 of the Federal Rules of Evidence because they are not based on any methodology, and to the extent that they link the plaintiff's injuries to the motor vehicle accident of June 2001, they are not grounded in fact and are based on presumptions made by Dr. Cintron.

In support hereof, the defendant submits a memorandum of law.

                        DEFENDANTS, JILLIAN WONG AND
                          ALEX WONG

BY:_____
    Francis J. Drumm, III
    MULVEY, OLIVER, GOULD & CROTTA
    83 TRUMBULL STREET
    NEW HAVEN, CT  06511
    (203) 624-5111
    (203) 789-8371 FAX
    Fed Id. No. CT 24352

**ORDER**

The Court, having heard Defendant's Motion in Limine to Preclude Testimony of Dr. Cintron, it is hereby ORDERED:

GRANTED / DENIED

_____
JUDGE

**CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed, postage prepaid on November 8, 2004, to:

    William J. Kupinse, Jr., Esq.
    Goldstein & Peck
    P. O. Box 1538
    Bridgeport, CT  06601

    Warren F. Sasso, Esq.
    Goldstein & Peck
    P. O. Box 1538
    Bridgeport, CT  06601

    Edward L. Barry, Esq.
    Hamm & Barry
    5030 Anchor Way, Gallows Bay
    Christiansted, VI  00820

    _____
    FRANCIS J. DRUMM, III

Case 3:03-cv-00288-HBF    Document 48    Filed 11/08/2004    Page 5 of 5