1  with trigger point tenderness, as described above, and
2  that is right SI and trochanteric, as well as
3  piriformis. Those are muscles and joints.
4         They are all -- he had multiple trigger points
5  I also saw on the first exam, so I worked on his
6  lumbosacral spine again, and I also worked on his neck
7  again. We talked about the shot to his left shoulder,
8  and he said he would like to hold for now.
9     Q.  And --
10        MR. BARRY: Are you done?
11    A.  And interesting, his right leg -- let me
12 see -- I just noticed that. His right leg on the second
13 visit was just slightly weaker than the left, 4 to 5
14 over 5 compared to 5 over 5.
15    Q.  Tell us, where on the sheet does that appear?
16    A.  That appears right above A&P, where it says
17 "MS, 4-5 over 5 on right."
18    Q.  What does "MS" stand for?
19    A.  Muscle strength.
20    Q.  And what indicates that that refers to his
21 lower extremities as opposed to some other extremity?
22    A.  Because it comes under the lumbar, and "DTR,"
23 right next to that is "absent Achilles ankle reflex," so
24 all of that was lower extremity.
25    Q.  In addition to the OMT, did you make any

1  prescription with respect to medication?
2      A.  He had prescriptions. He had -- let's see.
3  He had Soma compound that another physician had written
4  for him, and he also had Robaxin. You want the
5  milligram dose, or it doesn't matter? He had medicines
6  from his other doctors. He didn't want or need any
7  medicines from me.
8      Q.  Do you know who had prescribed those
9  medications?
10     A.  No, sir.
11     Q.  There is a reference -- let me see.
12     A.  I am sure I saw the doctor's name on the
13 bottle, but I surely didn't write it in my note.
14     Q.  Do you know whether he was taking any other
15 medication at this time he was seeing you?
16     A.  He would take APR, as needed, over the counter
17 NSAIDS, like Motrin, sometimes Aleve. He would take
18 some Tylenols off and on, and that is about it.
19     Q.  Was he taking Vicodin?
20     A.  At one point he had taken Vicodin. When I saw
21 him, did I see a Vicodin bottle? No.
22     Q.  Did you ask him as part of your examination
23 what medications he was taking?
24     A.  Ever or now? The only thing he told me was
25 Robaxin.

Q. And did you -- what does that mean, "We talked about it"?

A. That we discussed -- well, you know, "JP, you might be having a little bit of depression. A short course of Prozac might help," that kind of way. He didn't want to have Prozac.

Q. You saw him on the 10th. You also saw him next on the 16th of March; is that correct?

A. Yes, sir.

Q. And at that time, your Assessment & Plan refers to the lumbosacral strain, and then there is a right cervical strain?

A. Yes, sir.

Q. The first visit back on March the 2nd referred to a left cervical strain. Had there been any change, or is that an error?

A. It is not an error. The right side of his neck probably wasn't hurting on the first day I saw him.

MR. OLIVER: Just one second.

(Off the record discussion.)

Q. And did you provide him this osteopathic manipulation therapy on each occasion that he came in?

A. Yes, sir.

Q. On the subsequent occasions after the first, how much time would be provided for that?

A. He was a construction worker.

Q. Did he tell you who he worked for?

A. I think he owned his own construction company. I think he probably worked for somebody initially, but it sounded to me like he was his own construction man and that he had a few other people working under him or for him, depending on the needs. Most of the times he worked alone or with one or two other people.

Q. And did he indicate to you what type of construction he had engaged in as of June, 2001, the time of the accident?

A. Well, he did kind of everything. I think he was more of a carpenter. He was also a brick layer. He did everything.

Q. Did he indicate to you what work he had done after June 26th, 2001, up until the time you saw him in March of 2004?

A. Yes, he did.

Q. And will you tell us?

A. At the bottom of the very first note, it starts, "Left shoulder pain became less intense for about one year," and then he started working three weeks prior to coming to me, and the left shoulder pain had reoccurred.

On that very first visit, the part of his body

1  that was hurting him the most was his left shoulder, his
2  mid to low back, and parts of his low back area. So he
3  had tried to work.
4       Q.   Do you know whether he had done any work
5  between June, 2001 and three weeks prior to March 2nd,
6  2004?
7       A.   Before the accident?
8       Q.   The accident was in June of 2001. And you
9  first saw him, if I am correct, March the 2nd, 2004?
10      A.   Yes.
11      Q.   And you just indicate that he told you that
12 three weeks before March the 2nd, 2004, he had started
13 working; is that right?
14      A.   Yes, sir, tried to work.
15      Q.   "Then started working three weeks ago" is what
16 your note said; is that correct?
17      A.   Yes.
18      Q.   What, if any, work had he done, if you know,
19 between June, 2001 and three weeks prior to March of
20 2004?
21      A.   I don't know.
22      Q.   Thank you. Do you know whether he had
23 sustained any injury in any accidents between June, 2001
24 and the time you saw him in 2004?
25      A.   Yes. He was robbed at his home, and I believe

1  it was two or three men. It was more than one guy, to
2  his recollection, and he was beaten. No bones were
3  broken. I don't believe he went to the hospital for any
4  x-ray studies, if my memory serves me correct.
5      Q.  Do you know when that occurred?
6      A.  No.
7      Q.  And did he indicate to you whether any
8  particular part of his body was injured in that assault
9  or beating?
10     A.  His entire back, more pain, similar to what
11 had happened before, just more exacerbation.
12     Q.  Do you have any further information on that
13 assault incident other than what you have just told us,
14 based upon a recollection of what he said?
15     A.  No, sir.
16     Q.  I didn't see a reference to that in your
17 notes?
18     A.  I know, yes, yes. That is my negligence
19 because it should have been in there, because we did
20 talk about it.
21     Q.  Your last visit he had with you was on May 7,
22 2004; is that correct?
23     A.  That's correct.
24     Q.  The most recent one; am I correct?
25     A.  Yes.

correct?

A. Correct.

Q. Now, there is another portion of your file, which is this typed report, which I believe you signed and dated June 2nd, 2004; am I correct?

A. Yes.

Q. Looking at this type, just make sure we have the same document; is that correct?

A. Yes. My date is cut off, so I wasn't sure if it was the 2nd or the 7th, but yes. Yours is clear. Yes, it is the 2nd.

Q. It is the 2nd?

A. Yes, sir.

Q. Okay, no problem. What was the purpose of preparing this document?

A. To summarize whether or not -- based on my examination of Mr. Bichsel, whether or not I thought that the injuries sustained to his musculoskeletal system were related in any way or directly resulted from the car accident in 2001.

Q. Did you prepare this at the request of Mr. Barry?

A. Yes, sir.

Q. Now, the first paragraph, except for the last sentence, appears to be a summary of the history; is

that correct?

A. Recap, exactly, sir.

Q. Then you go on to say, "Radiographic workup documented the following musculoskeletal injuries which are a direct result of the collision in 2001." You list a number of items?

A. Yes, sir.

Q. And as I understand it, you had not -- when you prepared this, you hadn't looked at any films; am I correct?

A. That's correct.

Q. Can you tell me what radiographic reports or written reports of radiographic workups refer to each of these items? Specifically, the first one, the erector spinae spasm, what report documented that?

A. One of them said "Flattening of the L spine." I will find it if you just bear were me. I should have marked it, if I had realized that is where we were going to go. Spasm is also something I can feel with my fingers.

Q. Did you feel any spasm on his spinal column at any time you saw him?

A. Yes, on the note dated 3/10/04, "Bilateral lumbar spasm with right ASS, trochanteric, and piriformis trigger point tenderness."

A.   Yes, sir.

Q.   And you know about the assault that occurred at some later date?

A.   Yes, sir.

Q.   And do you have any information with respect to any other accidents that befell or injuries sustained by Mr. Bichsel between June, 2001 and the time you saw him in 2004, other than the assault?

A.   No, sir.

Q.   The next full paragraph, beginning, "All of the above," do you see that, ma'am?

A.   Yes, sir.

Q.   That refers to this question I asked you a few minutes ago about attempting to return to work. Do you know specifically that work he attempted to return to in February of 2004 was?

A.   No, I don't. Specifically, I can only assume that it was the work he usually did, which was construction or construction-related.

Q.   And do you know whether or not he worked at all in the year 2003?

A.   No, sir. I don't.

Q.   The same question with respect to 2002?

A.   No, sir, I don't.

Q.   And the last six months of 2001, after the