THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************
JOSEPH P. BICHSEL          :    CIVIL ACTION NO.: 03-CV-0288 (WWE)
Plaintiff,                 :
                           :
v.                         :    NOVEMBER 4, 2004
                           :
JILLIAN WONG and           :
ALEX WONG                  :
Defendants.                :
*****************************

### PLAINTIFF'S VOIR DIRE QUESTIONS

1. Do you know or are you acquainted with any of the parties in this case?

    a.) Please explain?

2. Do you know or are you acquainted with any of the attorneys or law firms involved with this case?

    a.) Please explain?

3. Do you know, or have you read or heard anything about the crash that is the subject of this case?

    a.) Please explain?

4. Are you or any members of your family stockholders of the Fireman's Fund insurance company?

    a.) Please explain?

5. Are your or any members of your family related by blood or marriage to any of the officers, directors, and/or employees of the Fireman's Fund insurance company?

    a.) Please explain?

Page 1 of 6

6. Are aby of your friends and/or acquaintances officers, directors, and/or employees of the Fireman's Fund insurance company?

    a.) Please explain?

7. What is your home address?

8. How long have you lived at that address?

9. Do you own your home or rent it?

10. How old are you?

11. What is your marital status?

    a.) How long have you been married?

12. Do you have any children?

13. Where did you grow up?

14. Did you attend college?

    a.) Where and what was your course(s) of study?

15. What was the highest level of formal education you have attained?

16. Where do you work?

17. Generally describe the duties and responsibilities of your job?

18. How long have you worked for your current employer?

19. What hobbies and recreational activities do you and your spouse usually engage in?

20. Do you and your spouse drive?

21. What types of automobiles do you drive/own?

22. Do you have any bumper stickers on any of your automobiles?

    a.) What do they say?

23. What newspapers, magazines, and other publications do you read on a regular basis?

24. What television programs do you watch on a regular basis?

25. What qualities do you admire most in other people?

26. What social, civil, and/or political organizations are you active in?

27. Have you or any member of your family been involved in an automobile crash?

    a.) Please explain?

28. Have you or any member of your family been a party in a lawsuit?

    a.) Please explain?

29. Have you or any member of your family ever testified in a lawsuit?

    a.) When and in what type of case?

    b.) What type of testimony was given?

30. How do you feel about persons who bring lawsuits when they have been injured?

    a.) Please explain?

31. If a person or company injured you would you have any reluctance to bring a civil lawsuit to obtain compensation for your injuries?

    a.) Please explain?

32. Do you have any concern about compensating an injured person for their physical and emotional pain and suffering?

    a.) Please explain?

33. Have you ever served as a juror?

    a.) where?

    b.) on what type(s) of case(s) did you sit?

    c.) what was your verdict (if any)?

    d.) were you the foreperson?

34. Have you or any member of your family ever studied law either formally or informally?

    a.) Please explain?

35. Have you or any member of your family ever studied medicine either formally or informally?

    a.) Please explain?

36. Have you or any member of your family ever lived and/or worked in the United States Virgin Islands?

    a.) Please explain?

37. Have any of your friends and/or acquaintances ever lived or worked in the United States Virgin Islands?

    a.) Please explain?

38. Have you ever worked in the construction business?

    a.) Please explain?

THE PLAINTIFF,
JOSEPH P. BICHSEL by

*Warren F. Sasso*

Warren F. Sasso, Jr.
Fed. Bar No.: CT-18128
Goldstein and Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT 06601
Tel: (203)334-9421
Fax: (203)334-6949

## CERTIFICATION

This is to certify that the foregoing was transmitted, by facsimile and first class mail postage prepaid on this 4th day of November 2004, to:

Robert Oliver, Esq.
Francis J. Drumm, III, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, Connecticut 06511

Edward L. Barry, Esq.
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, U.S.V.I. 00820

Warren F. Sasso, Jr.