UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,
     PLAINTIFF           CIVIL ACTION NO.:03-CV-0288(WWE)

VS.

JILLIAN WONG and ALEX WONG,
     DEFENDANTS          OCTOBER 28, 2004

**MOTION IN LIMINE TO PRECLUDE TESTIMONY OF DR. CARMEN CINTRON ON THE ISSUE OF CAUSATION**

     Pursuant to Local Rule 7, the defendants, Jillian and Alex Wong, move in limine for an order precluding the expert opinions, testimony, records and reports of one of plaintiff's doctors, Dr. Carmen Cintron, because:

1. Her opinions, testimony, records, and reports as to causation are inadmissible under Rule 702 of the Federal Rules of Evidence because they are based upon insufficient facts or data, including but not limited to a lack of knowledge relating to plaintiff's subsequent injuries.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

    2.    Her opinions, testimony records and reports on the issue of causation are inadmissible under Rule 702 of the Federal Rules of Evidence because they are not based on any methodology, and to the extent that they link the plaintiff's injuries to the motor vehicle accident of June 2001, they are not grounded in fact and are based on presumptions made by Dr. Cintron.

In support hereof, the defendant submits a memorandum of law.

```
                         DEFENDANTS, JILLIAN WONG AND
                            ALEX WONG

                         BY:_____
                            Francis J. Drumm, III
                            MULVEY, OLIVER, GOULD & CROTTA
                            83 TRUMBULL STREET
                            NEW HAVEN, CT  06511
                            (203) 624-5111
                            (203) 789-8371 FAX
                            Fed Id. No. CT 24352
```

**ORDER**

The Court, having heard Defendant's Motion in Limine to Preclude Testimony of Dr. Cintron, it is hereby ORDERED:

GRANTED / DENIED


_____
JUDGE

**<u>CERTIFICATION</u>**

    This is to certify that a copy of the foregoing was mailed, postage prepaid on October 28, 2004, to:

    William J. Kupinse, Jr., Esq.
    Goldstein & Peck
    P. O. Box 1538
    Bridgeport, CT  06601

    Warren F. Sasso, Esq.
    Goldstein & Peck
    P. O. Box 1538
    Bridgeport, CT  06601

    Edward L. Barry, Esq.
    Hamm & Barry
    5030 Anchor Way, Gallows Bay
    Christiansted, VI  00820

                                    _____
                                       FRANCIS J. DRUMM, III