Prestige Professional Building
Suite 5, Sundial Park
St. Croix, VI 00824
Tel: (340) 719-1234

# CARMEN B. CINTRON, D.O.

## INTERNAL MEDICINE
## OSTEOPATHIC MEDICINE

Licensed:
Virgin Islands
North Carolina
Virginia

---

## MEDICOLEGAL SUMMARY
## RE: JOSEPH BICHSEL

Mr. Joseph Bichsel is a 52 years old right-handed male who was enjoying excellent health until 2001 when he was involved in a motor vehicle accident. On that day, Mr. Bichsel was a restrained front seat passenger in a vehicle which was rear-ended at a significant speed. He experienced near syncope immediately after the collision. Within two hours he began experiencing left shoulder and lower back pain. The following morning he was unable to move. His entire body/back was in excruciating pain. Radiographic workup documented the following musculoskeletal injuries which are a direct result of the collision in 2001:

- Erector spinae spasm involving entire spinal column.
- Central disc herniation C6-C7 with severe bilateral neural foramina narrowing.
- Left paracentral disc herniation T10-T11.
- Right paracentral disc herniation T11-T12 with minimal flattening of the spinal cord.
- Bulging disc L-2, L-3, L-4.
- Central disc herniation L-4, L-5.
- Grade 1 Spondylolisthesis L5-S1 with the presence of disc material posteriorly.
- Likely tear of disc annulus L4-L5, L5-S1 which renders the patient highly susceptible to complete disc herniation with minimal future trauma.
- Lumbosacral sprain with bilateral sacroiliac/trochanteric/piriformis trigger point tenderness.
- Inferior labral tear left shoulder as related to labral periosteal avulsion injury.
- Chronic left biccipital tendonitis still present on exam dated 3/2/04.
- Left trapezius/supraspinitus/rhomboidius muscle spasm.

All of the above musculoskeletal injuries will prevent Mr. Bichsel from performing in the areas of carpentry, construction or any other occupation which entails substantial physical exertion. To demonstrate: Mr. Bichsel attempted to return to work in February of 2004. After three weeks left shoulder pain and weakness reoccurred and has persisted. Further, he is unable to comfortably lift greater than thirty pounds; this causes increase in low back pain and a compressing sensation to the lumbar spine area. Prolonged walking/standing greater than one hour also causes increase in low back pain as well as bilateral lower extremity paresthesia, at times forcing bed rest. All of the above injuries are likely to become more symptomatic as Mr. Bichsel ages. To more accurately assess the degree of injury, I have recommended myelogram studies of Cervical Spine, Thoracic Spine, and Lumbar Spine with neurosurgical evaluation.

He would benefit from a continued regimen of osteopathic manipulation therapy which afforded him substantial, even if temporary, relief of his symptoms while under my care.

In my clinical judgment Mr. Bichsel will likely require surgical intervention in the future, particularly with regard to the torn disc annulus L4-L5, L5-S1. These are "waiting to herniate."

C. Cintron D.O.
6/2/04