UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,
      PLAINTIFF              CIVIL ACTION NO.:03-CV-0288(HBF)

VS.

JILLIAN WONG and ALEX WONG,
      DEFENDANTS            NOVEMBER 12, 2004

**MOTION IN LIMINE TO PRECLUDE TESTIMONY OF JOEL URETA**

      Pursuant to Local Rule 7, the defendants move in limine for an order precluding the plaintiff from introducing the deposition testimony of Joel Ureta, who was deposed by plaintiff on November 10, 2004, for the purpose of preserving his testimony for use at trial

    The grounds for this motion are:

    1. Mr. Ureta's testimony is expert opinion testimony but Mr. Ureta was not ever disclosed as an expert witness: either in conformity with the court's scheduling orders or by declaration thereafter per F.R.Civ.P. 26(a)(2), or in the Joint Trial

**ORAL ARGUMENT REQUESTED**

**NO TESTIMONY REQUIRED**

Memorandum.  And no expert report was ever provided.

    2. Mr. Ureta's testimony is irrelevant to any issue in the case.

    3. Mr. Ureta's testimony lacks foundation.

    4. Mr. Ureta's transcript includes testimony as to plaintiff's reputation and constitutes an improper attempt to introduce character/reputation evidence in violation of F.R.EVI. 404(a)

    Wherefore, the defendants move the court for an order precluding this evidence.

    In support hereof, the defendant submits a memorandum of law and attaches to the memorandum a copy of the transcript in ASCII format as received by e mail from the court reporters in the Virgin Islands.  A formal typed transcript is not yet available but the defendants represent that this appears to be an accurate transcription of the deposition as taken on November 10, 2004.

```
                              DEFENDANTS, JILLIAN WONG AND
                                ALEX WONG


                         BY:_____
                              ROBERT G. OLIVER
                              MULVEY, OLIVER, GOULD & CROTTA
                              83 TRUMBULL STREET
                              NEW HAVEN, CT  06511
                              (203) 624-5111
                              (203) 789-8371 FAX
                              Fed Id. No. CT 00192
```

**CERTIFICATION**

   This is to certify that a copy of the foregoing was mailed, postage prepaid on  November 12, 2004, to:

   William J. Kupinse, Jr., Esq.
   Warren F. Sasso, Esq.
   Goldstein & Peck
   P. O. Box 1538
   Bridgeport, CT  06601

   Edward L. Barry, Esq.
   Hamm & Barry
   5030 Anchor Way, Gallows Bay
   Christiansted, VI  00820

And sent by fax to Mr. Barry, this date.

F:\MO&G\Active\Fireman's Fund 006700\Wong v. Bichsel RGO 103\Pleadings\Motion in Limine re ureta.wpd

_____
ROBERT G. OLIVER

F:\MO&G\Active\Fireman's Fund 006700\Wong v. Bichsel RGO 103\Pleadings\Motion in Limine re ureta.wpd