United States District Court
District of Connecticut
FILED AT BRIDGEPORT

11/15 200_

Kevin N Rowe, Clerk
By: Kolesnik
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,.
    PLAINTIFF                CIVIL ACTION NO.:03CV288(HBF)

VS.

JILLIAN WONG and ALEX WONG,
    DEFENDANTS            NOVEMBER 15, 2004

**DEFENDANTS' LIST OF OBJECTIONS TO DEPOSITION TRANSCRIPTS**

Since all but one of plaintiff's trial depositions were taken since November 2, 2004, the defendants were unable to list their objections to portions of the transcripts in the Joint Trial Memorandum filed in October (with the exception of Carl Mangone as to whose transcript defendants listed their objections by date of November 5, 2004). The defendants herewith supplement their Trial Memorandum as to objections to depositions (see Part 12) as follows:

    1. Dr. Hugo Victor Caesar, M.D., November 2, 2004. Defendants object to form and where indicated on substantive grounds:

page       lines

11, line 23 - - p. 12, line 10 (foundation, form)

13, lines 5-17

14, lines 8-13

21   lines 11 - 20

32, lines 5-9

37, line 20 - p. 38, line 4

38, line 15 - p. 39, line 6 (quesiton withdrawn)

75. line 8 (there is a typo; objection is by Mr. Barry)

77, line 17 - p. 78, line 12

79, lines 5-12 (form and question withdrawn)

83   11 - p. 84, line 7 (competency; no opinion based on reasonable probability; incomplete hypothetical)

84, lines 8-17 (form; competency; not opinion based on reasonable probability; incomplete hypothetical)

85, line 4 - p. 86, line 12 (to be deleted by agreement of counsel)

87, line 8 - p. 89, line 15 (foundation; form; competency; not opinion based on reasonable probability; incomplete hypothetical)

   2. Dr. Frank T. Bishop, M.D., November 10, 2004. Defendants object to form and where indicated on substantive grounds:

page      lines

11, lines 7 - 21 (form, reputation evidence improper, not responsive to question)

15, line 14 - p. 16, line 8 (telephone cut out; counsel unable to hear or participate)

16, lines 16-20 (telephone cut out; counsel unable to hear or participate)

18, line 22 - p. 19, line 7 (telephone cut out; counsel unable to hear or participate)

23, lines 15 - 20 (telephone cut out; counsel unable to hear or participate)

24, line 6 - p. 25, line 6 (telephone cut out; counsel unable to hear or participate)

26, line 22 - 25

27, lines 1 - 6 (foundation, competency, no medical probability)

27, lines 6 - 19 (telephone cut out; counsel unable to hear or participate)

29, line 6 - p. 32, line 14 (telephone cut out; counsel unable to hear or participate)

35, line 21 - p. 36, line 8 (form, competency, not medically reasonably probable)

50, line 1 - 6 (withdrawn question)

58, line 11 - p. 59, line 9 (form, competency, speculation, no

-3-

medical probability)

3. Bernard Pettingill, Jr., Ph.D., November 11, 2004. Defendants object to form and where indicated on substantive grounds:

Page                lines

16, line 5, p. 18, line 21 (foundation, competency, form – witness admits he has not subtracted out actual post accident earnings from his "estimate" of lost earnings and did not have data to do so)(if this objection is sustained then portions of cross examination will be withdrawn to conform with ruling of court)

18, line 3 – p. 19, line 3 (form, speculation, competency, foundation)

19, line 24 – 13 (form, question withdrawn)

23, lines 10 – 17

27, line 22 – p. line 7

68, line 11 – p. 69, line 20 (foundation, competency, form – witness admits he has not subtracted out actual post accident earnings from his "estimate" of lost earnings and did not have data to do so)(if this objection is sustained then portions of cross examination will be withdrawn to conform with ruling of court)

70, line 21 - p. 1 (form, relevancy, speculation)

71, lines 2 - 25 (form, answer not responsive to question)

72, lines 18 - 22

78, lines 16 - 25 (foundation, competency, form - witness admits he has not subtracted out actual post accident earnings from his "estimate" of lost earnings and did not have data to do so)(if this objection is sustained then portions of cross examination will be withdrawn to conform with ruling of court)

79, lines 12 - 21 (improper interruption by plaintiff's counsel; colloquy)


    4. Brian Lipsett, November 8, 2004. Defendants object to form and where indicated on substantive grounds:

page    lines

7, line 23 - p. 8, line 8 (improper reputation evidence, irrelevant, foundation, not qualified or declared as an expert witness)

8, lines 9 - 18

12, line 18 - 13, line 22 (improper reputation evidence, irrelevant, foundation, not qualified or declared as an expert witness)

19, line 9 - p. 20, line 2

21, lines 16 - 22 (hearsay, speculation)

-5-

35, lines 10 - 17 (form, withdrawn)

    5. Lori Domarchuk, P.T., November 8, 2004. Defendants object to form and where indicated on substantive grounds:

| page | lines |
|---|---|
| 12 | lines 6-11 (form; withdrawn) |
| 23 | line 11 - p. 24, line 2 |
| 26 | lines 6 - 17 |
| 38 | line 18 - p. 39, line 5 |
| 43 | lines 7 - 22 (form; competency; not opinion based on reasonable probability) |
| 44 | lines 10 - 17 (form; competency) |
| 45 | lines 4 - 23 (form; competency; not opinion based on reasonable probability) |
| 45 | line 24 - p. 46, line 5 (form; competency; not opinion based on reasonable probability; incomplete hypothetical) |
| 46 | lines 7 - 24 (form; competency; not opinion based on reasonable probability; incomplete hypothetical) |
| 46 | line 25 - p. 47, line 9 (form; competency; not opinion based on reasonable probability) |
| 47 | line 10 - p. 48, line 2 (form; competency; not opinion based on reasonable probability) |
| 48 | lines 4 - 17 (form; competency; not opinion based on |

```
         reasonable probability)
49       lines 8 - 12 (withdrawn)
51       line 11 - p. 52, line 8 (form; competency; not opinion
         based on reasonable probability)
69       lines 3 - 15 (colloquy of counsel)
75       line 16 - p. 76, line 25 (form; competency; not opinion
         based on reasonable probability)
77       line 9 - p. 78, line 19 (form; competency; not opinion
         based on reasonable probability)
78       line 21 - p. 79, line 8 (form; competency; not opinion
         based on reasonable probability)
79       lines 9 - 25 (form; competency; not opinion based on
         reasonable probability; incomplete hypothetical)
83       line 17 - p. 84, line 7 (improper comments of counsel and
         colloquy; comments withdrawn by plaintiff attorney)
```

6. Joel Ureta, November 10, 2004. The defendants have moved in limine to preclude the entire testimony of Mr. Ureta (see motion dated November 12, 2004.) In the event the court does not preclude the entire testimony, defendant reserves the right to object to specific portions of the transcript and video on grounds of form and substantive grounds based upon the court's ruling.

-7-

The defendants reserve the right to raise such further objections or interpose further motions and raise additional issues with respect to testimony introduced by deposition as may be appropriate prior to or during trial.

```
                              DEFENDANTS, JILLIAN WONG AND
                              ALEX WONG


                              BY: _____
                                  ROBERT G. OLIVER
                                  MULVEY, OLIVER, GOULD & CROTTA
                                  83 TRUMBULL STREET
                                  NEW HAVEN, CT 06511
                                  (203)624-5111
                                  FED ID. NO. CT 00192
```

**CERTIFICATION**

This is to certify that a copy of the foregoing was hand delivered on November 15, 2004, to plaintiff's trial counsel:

Edward L. Barry, Esq.
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, VI   00820

_____
ROBERT G. OLIVER

-10-