UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,
    PLAINTIFF                  CIVIL ACTION NO.:03CV288(HBF)

VS.

JILLIAN WONG and ALEX WONG,
    DEFENDANTS               NOVEMBER 18, 2004

**DEFENDANTS' PROPOSED RULE 49(a) SPECIAL VERDICT FORM**

**SPECIAL VERDICT**

1. Did the plaintiff prove by a fair preponderance of the evidence that the negligence of the defendants proximately caused plaintiff to sustain economic loss?

2. If the answer to Interrogatory #1 is "yes", what is the amount of such economic loss the jury finds the plaintiff has proven?

3. Did the plaintiff prove by a fair preponderance of the evidence that the negligence of the defendants proximately caused plaintiff to sustain a permanent consequential limitation of the use of a body organ or member?

4. Did the plaintiff prove by a fair preponderance of the

evidence that the negligence of the defendants proximately caused plaintiff to sustain a significant limitation of use of a body function or system?

    5. Did the plaintiff prove by a fair preponderance of the evidence that the negligence of the defendants proximately caused plaintiff to sustain a medically determined injury or impairment of a non-permanent nature that prevented him from performing substantially all of the material acts that constituted his usual and customary daily activities for not less than ninety days during the one hundred eighty days immediately following the accident?

    6. If all of the answers to Interrogatories #3, #4 or #5 are "No," then stop here and the foreperson should sign below where indicated.

    7. If any answer to Interrogatories #3, #4 or #5 is "yes", the answer the following interrogatory: Did the plaintiff prove by a fair preponderance of the evidence that the negligence of the defendants proximately caused plaintiff to sustain non-economic loss?

    8. If the answer to Interrogatory #7 is "yes," what is the amount of such non-economic loss the jury finds the plaintiff

has proven?

```
                        _____
                            FOREPERSON


                        DEFENDANTS, JILLIAN WONG AND
                        ALEX WONG


                   BY:_____
                            ROBERT G. OLIVER
                            FRANCIS J. DRUMM, III
                            MULVEY, OLIVER, GOULD & CROTTA
                            83 TRUMBULL STREET
                            NEW HAVEN, CT  06511
                            (203) 624-5111
                            (203) 789-8371 FAX
                            Fed Id. No. CT 00192/ CT 24352
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing was hand delivered on November 18, 2004, to:

William J. Kupinse, Jr., Esq.
Warren F. Sasso, Esq.
Goldstein & Peck
P. O. Box 1538
Bridgeport, CT  06601

Edward L. Barry, Esq.
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, VI  00820

_____
FRANCIS J. DRUMM, III
ROBERT G. OLIVER