THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JOSEPH P. BICHSEL | : | CIVIL ACTION NO.: 03-CV-0288 (WWE) |
| Plaintiff, | : | |
| | : | |
| v. | : | NOVEMBER 19, 2004 |
| | : | |
| JILLIAN WONG and | : | |
| ALEX WONG | : | |
| Defendants. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>PLAINTIFF'S PROPOSED VERDICT FORM</u>

**Special Verdict Form PJI 2:301 SV—I (as modified)**

<u>PAST ECONOMIC LOSS</u>

State separately the amount awarded for the following items of damages, if any, up to the date of your verdict:

**(a) Loss of earnings or earning capacity**

    For 2001 (post-accident)   $_____

    For 2002   $_____

    For 2003   $_____

    For January 1, 2004 - present   $_____

If you decide not to make an award as to any of the above items, you will insert the

word "none" as to that item.

## FUTURE ECONOMIC LOSS

State separately the amount awarded, if any, for the following items of damages from the date of your verdict to be incurred in the future:

    **(a) Health care expenses;**      $_____

        (i) Period of years for which this award is made.      $_____

    **(b) Assistance with yard care**      $_____

        (i) Period of years for which this award is made.      $_____

    **(c) Loss of earnings or earning capacity**      $_____

        (i) Period of years for which this award is made.      $_____

## "SERIOUS INJURY" REQUIREMENT

As a result of the accident, has the plaintiff sustained a significant limitation of use of a body function or system? \_\_\_\_\_ (yes/no).

As a result of the accident, did the plaintiff sustain a medically determined injury or impairment that prevented him from performing substantially all of the material acts that constituted his usual and customary daily activities for not less than ninety days during the one hundred eighty days immediately following the accident? \_\_\_\_\_ (yes/no).

If, but only if, you answered "yes" to either one of the above questions, you must award the plaintiff non-economic damages for any past and future pain and suffering, including any loss of enjoyment of life, as set forth below:

### PAST NON-ECONOMIC DAMAGES

(a) Amount awarded for pain and suffering, and any loss of enjoyment of life, up to the date of your verdict.

$_____

### FUTURE NON-ECONOMIC DAMAGES

(a) Pain and suffering, and any loss of enjoyment of life, including the permanent effect of the injury, from the time of verdict for the time that plaintiff could be expected to live.

$_____

(b) Period of years for which this award is made.   _____

THE PLAINTIFF,
JOSEPH P. BICHSEL, by

Warren F. Sasso, Jr.
Fed. Bar No.: CT-18128
Goldstein and Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT 06601
Tel: (203)334-9421
Fax: (203)334-6949

## CERTIFICATION

This is to certify that the foregoing was hand delivered on this 19th day of November 2004, to:

Robert G. Oliver, Esq.
Francis J. Drumm, III, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, Connecticut 06511

Warren F. Sasso, Jr.