THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOSEPH P. BICHSEL            :   CIVIL ACTION NO.: 03-CV-0288 (WWE)
Plaintiff,                   :
                             :
v.                           :   NOVEMBER 19, 2004
                             :
JILLIAN WONG and             :
ALEX WONG                    :
Defendants.                  :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS

**PJI 2:280.1. Damages--Personal Injury--Injury and Pain and Suffering (modified)**
[Supplemental Instruction]

In determining the amount, if any, of compensation for Mr. Bichsel's pain and suffering, you may take into consideration the effect that Mr. Bichsel's injuries have had on his ability to enjoy life. Loss of enjoyment of life involves the loss of the ability to perform daily tasks, to participate in the activities which were a part of the person's life before the injury, and to experience the pleasures of life.

THE PLAINTIFF,
JOSEPH P. BICHSEL by

Warren F. Sasso, Jr.
Fed. Bar No.: CT-18128
Goldstein and Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT 06601
Tel: (203)334-9421
Fax: (203)334-6949

Page 1 of 2

## **CERTIFICATION**

This is to certify that the foregoing was hand delivered on this 8th day of November 2004, to:

Robert G. Oliver, Esq.
Francis J. Drumm, III, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, Connecticut 06511

*[signature]*
Warren F. Sasso, Jr.