UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,
    PLAINTIFF          CIVIL ACTION NO.:03CV288(HBF)

VS.

JILLIAN WONG and ALEX WONG,
    DEFENDANTS          November 18, 2004

**DEFENDANTS' THIRD SUPPLEMENTAL PROPOSED REQUESTS TO CHARGE**

The **Defendants** propose the following **Third Supplemental Requests to Charge**:

    **18. Damages — Economic**

The plaintiff has made a claim in this case that in the future he may incur what I have described to you as economic damages. The plaintiff has the burden of proving that he will incur such expenses in the future. In addition, in assessing fair compensation, you should adjust to present value any award you may make for economic damages such as future chiropractic expenses. If you should make any such award for economic damages under the rule I have already explained to you, you

must adjust the amount of any such future loss, as best you can, to present or discounted value. In so doing, you must take into account not only the future course of interest rates, but also the future course of the rates of inflation and rates of growth in wages or increases in costs. Any allowance you make in the nature of monetary damages for future economic damages is substantially a present payment which the plaintiff would receive today, whereas it is in compensation for something which would occur only from time to time through the years in the future. In the absence of expert testimony to establish another rate of discount, courts in Connecticut approve the use of a 2% discount rate. That means that you should discount or reduce to present value using the 2% per year formula any award for future economic damages. Adapted from Hollywood v. Combustion Engineering, Civil Action No. B-80-458 (D. Conn. 1983)(Eginton, J.); I Wright, Connecticut Jury Instructions § 244e; Oliveri v. Delta Steamship Lines, Inc., 849 F. 2d 742, 748-749 (2d Cir. 1988); DeChico v. Metro North Commuter R.R., 758 F.2d 856, 860 (2d Cir. 1985); Doca v. Marina Mercante Nicaraguense, S.A., 634 F.2d 30, 39-40 (2d Cir. 1980); Feldman v. Allegheny Airlines, Inc., 382 F.Supp. 1271 (D. Conn.

-2-

1974), aff'd, 524 F.2d 384, 387-388 (2d Cir. 1975); Jackewicz v. United Illuminating Co., 106 Conn. 310, 314 (1927); Chase v. Fitzgerald, 132 Conn. 461, 469-470 (1946)

### 19. Damages - Non Economic

The plaintiff has made a claim in this case that in the future he may incur what I have described to you as non-economic damages. Similarly as with the case of economic damages, in assessing fair compensation, you should adjust to present value any award you may make for non-economic damages such as future pain and suffering. If you should make any such award for non-economic damages under the rules I have already explained to you, you must adjust the amount of any such future loss, as best you can, to present or discounted value. In so doing, you must take into account not only the future course of interest rates, but also the future course of the rates of inflation and rates of growth in wages or increases in costs. This is because any allowance you make in the nature of monetary damages for future non-economic damages such as pain and suffering damages is substantially a present payment which the plaintiff would receive today, whereas it is in compensation for something which would occur only from time to

time through the years in the future. Unlike the case of economic damages, however, this court will not prescribe for you any specific discount or interest rate to be used. It is for you the jury to take into account the time value of money and make a reasonable reduction in the amount of the award you may make for non-economic damages to reflect the plaintiff's opportunity to invest any such award while also bearing in mind that any such reduction may be tempered by the future course of inflation. <u>Oliveri v. Delta Steamship Lines, Inc.</u>, 849 F. 2d 742, 752-752 (2d Cir. 1988).

DEFENDANTS, JILLIAN WONG AND
ALEX WONG

BY: _____
ROBERT G. OLIVER
FRANCIS J. DRUMM, III
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT   06511
(203) 624-5111
(203) 789-8371 FAX
Fed Id. No. CT 00192/ CT 24352

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on November 18, 2004, to:

William J. Kupinse, Jr., Esq.
Warren F. Sasso, Esq.
Goldstein & Peck
P. O. Box 1538
Bridgeport, CT  06601

Edward L. Barry, Esq.
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, VI  00820

_____
FRANCIS J. DRUMM, III
ROBERT G. OLIVER

F:\EOMC\Active\Fireman's Fund 006700\Wong v. Bichsel RGO 103\Pleadings\defs third supplemental proposed jury instructions.wpd

-5-