```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                        :
JOSEPH P. BICHSEL                       :
                                        :
v.                                      :   CIV. NO. 3:03CV288 (HBF)
                                        :
JILLIAN WONG and                        :
ALEX WONG                               :
                                        :
                                        :   NOVEMBER 19, 2004
```

RULING ON OBJECTIONS TO PETTIGILL DEPOSITION

The Court rules on defendants' objections to the Pettigill deposition as follows.

16:5-16 sustained
16:17-22 overruled
16:23-17:21 overruled
17:22-18:21 overruled
18:3-18:17 overruled
18:22-9:3 sustained

27:22-28:7 sustained

56:3-57:21 sustained

61:23-63:21 sustained

68:11-69:3 overruled
69:4-15 sustained
69:16-20 overruled

71:2-25 sustained

72:18-22 sustained

78:16-25 overruled

79:3-80:3 sustained

SO ORDERED at Bridgeport this 19th day of November 2004.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE