UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL          :
                           :
v.                         :    CIV. NO. 3:03CV288 (HBF)
                           :
JILLIAN WONG and           :
ALEX WONG                  :
                           :
                           :    NOVEMBER 22, 2004

## VERDICT FORM

We, the jury, unanimously find the following:

### ECONOMIC DAMAGES

1.  Did plaintiff prove by a fair preponderance of the evidence that the June 2001 accident proximately caused him to sustain economic loss?

    YES __X__    NO _____

2.  If the answer to Interrogatory #1 is "YES," what is the amount of economic loss the jury finds plaintiff has proven by a fair preponderance of the evidence to have sustained to this date?

    $ __40,000__

3.  Did plaintiff prove by a fair preponderance of the evidence that he will sustain economic loss in the future proximately caused by the June 2001 accident?

    YES __X__    NO _____

4.  If "YES" to Interrogatory 3, in what amount(s)?

    a.  Medical expenses            $ __3452__
    b.  Lost earning capacity       $ __0__
    c.  Other reasonable expenses   $ __18,600__

Over what period of time do you intend for each of these amounts to provide compensation?

    a.   Medical expenses                     __13__ year(s)
    b.   Lost earning capacity           __—__ year(s)
    c.   Other reasonable expenses     __1__ year(s)

## NON-ECONOMIC DAMAGES

5. Did plaintiff prove by a fair preponderance of the evidence that the June 2001 accident proximately caused plaintiff to sustain a significant limitation of use of a body function or system?

   YES __X__      NO _____

6. Did plaintiff prove by a fair preponderance of the evidence that the June 2001 accident proximately caused him to sustain a medically determined injury or impairment of a non-permanent nature that prevented him from performing substantially all of the material acts that constituted his usual and customary daily activities for not less than ninety days during the one hundred eighty days immediately following the accident?

   YES __X__      NO _____

If the answers to Interrogatories #5 and 6 are "NO," then stop here; the foreperson should sign below where indicated, and report your verdict.

If the answer to Interrogatory #5 or 6 is "YES," then proceed to answer Interrogatory 7.

7. Did plaintiff prove by a fair preponderance of the evidence that the June 2001 accident proximately caused him to sustain non-economic loss?

   YES __X__      NO _____

8. If your answer to Interrogatory 7 is "YES," what is the amount the jury awards to compensate plaintiff for non-economic loss to the date of the verdict?

   $ __50,000__

9. Did plaintiff prove by a fair preponderance of evidence that the June 2001 accident proximately caused plaintiff injuries that will result in future non-economic loss?

YES __X__        NO_____

10. If your answer to Interrogatory 9 is "YES," what is the amount the jury awards to compensate plaintiff for his future non-economic loss?

$ __39,200__

State the period of years over which such amount is intended to provide compensation.

__13__ year(s)

If you make no award as to any of the above items, you will insert the word "NONE" as to that item.

**When you have finished answering the appropriate questions on this form, you may report your verdict.**

**The form should be signed and dated by the foreperson.**

___Paul Rosetta___        ___Nov 23, 2004___
Foreperson                  Date