AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

**EXHIBIT AND WITNESS LIST**

Bischel v. Wong

CASE NUMBER: 3:03cv288HBF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Fitzsimmons | Barry | Oliver |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/15– | Baldwin | Kolesnikoff |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11/12/04 11/16/04 11/15/04 | | | Joseph Bichsel, Redmond Oregon Photo: |
| Z-1 | | | ✓ | ✓ | House on Salt River, BAR Woodworking |
| Z-2 | | | ✓ | ✓ | BAR Woodworking – Photo |
| Z-3 | | | ✓ | ✓ | Mahogany Bench Photo |
| Z-5 | | | ✓ | ✓ | Kolberg Pool & Patio – Photo |
| Z-4 | | | ✓ | ✓ | Foundation for Shower – Photo |
| Z-7 | | | ✓ | ✓ | Patio near Pool – Photo |
| Z-8 | | | ✓ | ✓ | Kitchen in St. Croix – Photo |
| AA10 | | | ✓ | ✓ | Photo of Property from Front Patio |
| AA6 | | | ✓ | ✓ | Photo of Property Slab |
| AA2 | | | ✓ | ✓ | Photo of Home in Construction Stage |
| AA4 | | | ✓ | ✓ | Photo of Home in Construction Stage |
| AA1 | | | ✓ | ✓ | Photo of Home in Construction Stage |
| AA9 | | | ✓ | ✓ | Photo of Roof |
| AA5 | | | ✓ | | |
| AA8 | | | ✓ | ✓ | Photo of Roof |
| ✓ | | 11/16/04 | | | Susan McKenzie, W. Palm Beach, FL. |
| | CC | | ✓ | | Intake Assessment Sheet – McKenzie |
| | D | | ✓ | ✓ | McKenzie Record/Report of 4/16/03 |
| Y | | | ✓ | | Sale of Home – Worksheet |
| ✓ | | 11/18/04 | | | William Mayers, St. Croix |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 11/17/04 |  |  | Carmen Cintron - Christensted, V.I. |
| F |  |  | ✓ | ✓ | Medical Report from Dr. Tien |
|  | ✓ | 11/18/04 |  |  | James Cohen, Ellington CT |
|  |  | 11/18/04 |  |  | ~~Deposition of~~ |
| ✓ | DD |  | ✓ | ✓ | Deposition Transcript of Dr. Bishop |
| ✓ | EE |  | ✓ |  | Videotaped Deposition of Laura DeMarchak |
| ✓ | FF | 11/19/04 | ✓ |  | Deposition Transcript of Dr. Caesar |
| ✓ | V |  | ✓ | ✓ | 2003 Gross Receipts |
| ✓ | GG |  | ✓ |  | Deposition of Pettingill |
| ✓ |  | 11/19/04 |  |  | Jill Jaqush - Wong |
|  |  |  | E |  | ~~Deposition of Dr. Bartolomei~~ |
|  |  |  |  |  | ~~Deposition of Dr. Margolis~~ |

[signature]