

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
11/23 2004
Kevin F. Rowe, Clerk
By: [signature]

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH P. BICHSEL, | CIVIL ACTION NO.: 03-CV-0288(HBF) |
| PLAINTIFF | |
| VS. | |
| JILLIAN WONG and ALEX WONG, | NOVEMBER 15, 2004 |
| DEFENDANTS | |

**DEFENDANTS' LIST OF TRIAL EXHIBITS**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 501 (Full) | C.V. of Dr. Juan Carlos Bartolomei (Ex. 1 at his deposition) |
| 502 (ID Only) | Dr. Bartolomei neurosurgery consultation note 5/3/03 (Ex. 2 at deposition of Dr. Bartolomei) |
| 503 (ID Only) | Dr. Bartolomei deposition transcript of 8/3/04 (to be read to the jury except p. 30, line 23 through p. 31 line 22; p. 38, line 10 through p. 39 line 9) |
| 504 (Full) | C.V. of Dr. Robert N. Margolis (Ex. 1 at his deposition) |
| 505 (ID Only) | Dr. Margolis' report of 7/15/04 |
| 506 (ID Only) | Dr. Margolis' deposition transcript of 9/24/04 (to be played to the jury except those portions representing transcript p. 26, line 13 through p. 26, line 21; p. 44, line 9 through p. 45, line 15) |
| 507 (ID Only) | Videotape of Dr. Margolis' deposition on 9/24/04 |
| 507B | CD ROM |
| 508 (Full) | Dr. Lavyne's Patient Information Form, Progress Notes, Assessment Data Form |
| 509 (ID Only) | Dr. Raymond Tien's 7/6/04 Report |

[signature] 11/23/04

ID  FULL

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 510 (ID Only) | Dr. Carmen Cintron's deposition transcript of 8/27/04 |
| 511 (ID Only) | Joseph Bichsel's deposition transcript of 1/26/04 |
| 512 (Full) | Notice of Change of Assessment and Real Property Tax Bill, 1994, 1996-2003 |
| 513 (ID Only) | Copy of Warranty Deed 4/28/87 to Joseph Bichsel |
| 514 (ID Only) | Copy of Warranty Deed 8/1/03 Bichsel to Harper |
| 515 (Full) — 11/16/04 | 2003 U.S. Federal Income Tax Return |
| 516 (Full) — 11/16/04 | 2002 U.S. Federal Income Tax Return |
| 517 (Full) — 11/16/04 | 2001 U.S. Federal Income Tax Return |
| 518 (Full) — 11/16/04 | 2000 U.S. Federal Income Tax Return |
| 519 (Full) — 11/16/04 | 1999 U.S. Federal Income Tax Return |
| 520 (Full) — 11/16/04 | 1998 1040 Self-Employment Tax Return and Schedule C Profit/Loss for Business |
| 521 (Full) — 11/16/04 | 1997 1040 Self-Employment Tax Return and Schedule C Profit/Loss for Business |
| 522 (Full) — 11/16/04 | 1996 1040 Self-Employment Tax Return and Schedule C Profit/Loss for Business |
| 523 (Full) — 11/16/04 | 1995 1040 Self-Employment Tax Return and Schedule C Profit/Loss for Business |
| 524 (ID Only) — 11/16/04 | 2003 Business and Banking Records |
| 525 (ID Only) — 11/16/04 | 2001 Business and Banking Records |
| 526 (ID Only) — 11/17/04 | 2000 Business and Banking Records |
| 527 (ID Only) — 11/17/04 | 1999 Business and Banking Records |
| 528 (ID Only) — 11/18/04 | 1998 Business and Banking Records |
| 529 (ID Only) | 1997 Business and Banking Records |

ID  FULL

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| 530 (ID Only) | 1996 Business and Banking Records |
| 531 (ID Only) | 1995 Business and Banking Records |
| 532 (ID Only) | Susan McKenzie M.S., CRC, CVE Deposition Transcript 11/10/04 |
| 533 (ID Only) | Susan McKenzie's Report of 9/17/03 |
| 534 (ID Only) | Susan McKenzie's Report of 11/8/04 |
| 535 (ID Only) | Susan McKenzie's Report of 11/10/04 |
| 536 (ID Only) | Medical Records of Dr. Walter J. M. Pedersen, St. Croix, VI for 1991, 1999 |
| 537 (Full) | C.V. of James S. Cohen, Ph.D., CRC, LPC, ABVE |
| 538 (Full) | Employer Data Obtained by James Cohen (to be supplied prior to testimony upon witness' return from out of state trip) |
| 539 (ID Only) | James S. Cohen, Ph.D. report of 10/18/04 |

[handwritten margin notes: 11/18/04, 11/19/04]

The defendants reserve the right to supplement with additional exhibits as may be necessary during the trial.

[handwritten, struck through: 540 Deposition of Dr. Bartolomei; 541 Deposition of Dr. Margolis]

THE DEFENDANTS,

BY: _____
ROBERT G. OLIVER
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT 06511
FEDERAL BAR NO.: CT 00192

**CERTIFICATION**

    This is to certify that on November 15, 2004, a copy of the foregoing was hand delivered to:

Edward L. Barry, Esq.
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, VI  00820

*[signature]*

ROBERT G. OLIVER

F:\MO&G\Active\Fireman's Fund 006700\Wong v. Bichsel RGO 103\Pleadings\TRIAL EXH LIST.wpd