AO 187 (Rev. 7/87) Exhibit and Witness List

03CV288CV

# United States District Court

District of Connecticut

Bichsel v. Wong

**EXHIBIT AND WITNESS LIST**

DISTRICT OF Connecticut

COURT

CASE NUMBER: 3.03CV288CV

11/23 208

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) | | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/22/04 | | | COURT EXH 1 - JURY CHARGE |
| | | | | | COURT EXH 2 - NOTE from JURY |
| | | 11/23/04 | | | Court Exh 3 - Note from JURY |
| | | | | | " " 4 - " " " |
| | | | | | " " 5 - " " " |
| | | | | | " " 6 - " " " |
| | | | | | " " 7 " " " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.