UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL

   v.                                  3:03CV288 (HBF)

JILLIAN WONG, ALEX WONG

## JUDGMENT

      This action came on for trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate Judge was filed on July 14, 2004.

      On November 23, 2004, after deliberation, the jury entered a verdict in favor of Joseph P. Bichsel for economic damages in the amount of $22,711.47 and non-economic damages in the amount of $89,200.00 against defendants Jillian Wong and Alex Wong.

      It is therefore ORDERED and ADJUDGED that judgment is entered for the plaintiff Joseph P. Bichsel in the amount of $111,911.47 and the case is closed..

      Dated at Bridgeport, Connecticut, this 29th day of November 2004.


KEVIN F. ROWE, Clerk

By      /s/
        Deputy Clerk

Entered on Docket _____