UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH P. BICHSEL, | ) | |
| Plaintiff; | ) | Civil No. 03-CV-0288 (WWE) |
| vs. | ) | |
| JILLIAN WONG and ALEX WONG, | ) | |
| Defendants. | ) | |

<u>Bill of Costs</u>

TO THE CLERK OF THIS HONORABLE COURT:

Pursuant to Local Rule 54, Plaintiff Joseph P. Bichsel hereby submits his Bill of Costs in the amount of $8,945.98, as itemized in Exhibit A, attached hereto.

RESPECTFULLY SUBMITTED thi‿ day of January, 2005.

Edward L. Barry, *pro hac vice;* CT24618
Attorney for Plaintiff
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, St. Croix, V. I. 00820
Tel. 340.773/6955
Fax 340.773.3092
elb@hammbarrylaw.com

-and-

**Daren R. Altieri,** CT22116
Warren P. Sasso, CT18128
William J. Kupinse, Jr., CT06113
Attorneys for Plaintiff
Goldstein and Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, Connecticut 06601
Tel. (203) 334.9421
Fax (203) 334-6949

## Certificate of Service

    The undersigned hereby certifies that a copy of the foregoing was mailed this 7th day of January, 2005, to Robert G. Oliver, Esq. and Francis J. Drunini, III, Esq., Mulvey, Oliver, Gould & Crotta, 83 Trumbull Street, New Haven, CT 06511.

*/s/ Daren R. Altieri*
DAREN R. ALTIERI

| BICHSEL VS. WONG | EXP. |
|---|---|
| Esquire Depo Services re: Susan McKenzie Depo Fee | $ 860.30 |
| Thom Jackson- Uretta and Bishop Depo Video | $ 560.00 |
| Thom Jackson-Caesar Depo Video | $ 314.00 |
| Caribbean Scribes, Inc Depo Transcripts Uretta and Pettingill | $ 1,427.10 |
| Elite Reporting Services Depo Transcripts of Dr. Bishop | $ 476.75 |
| Elicker & Associates Depo Transcripts of Brian Lipsett | $ 272.85 |
| Vashti Gerald Depo Transcripts of Dr. Caesar | $ 621.00 |
| Stephen F. Bernfeld Shorthand Reporter | $ 85.00 |
| Holiday Inn - Susan McKenzie | $ 178.37 |
| Holiday Inn -Careen Cintron | $ 232.96 |
| Holiday Inn -William Mayers | $ 233.16 |
| American Airlines - Carmen Cintron | $ 195.00 |
| American Airlines - William Mayers | $ 200.00 |
| Jet Blue - Carmen Cintron | $ 251.40 |
| Jet Blue - William Mayers | $ 251.40 |
| Bichsel Photos- Walgreens Pharmacy | $ 211.47 |
| Airport Shuttle for Careen Cinlron & William Mayers | $ 128.00 |
| Lori Domarchuk- Deposition Transcript | $ 1,666.92 |
| Lori Domarchuk-Video Deposition Fee | $ 605.30 |
| Clerk, U.S. District Court Connecticut-Application fee (visitor) | $ 25.00 |
| Clerk, U.S, District Court Connecticut-Filing Fee | $ 150.00 |
| TOTAL | $8,945.98 |

### Affidavit

Edward L. Barry, upon being duly sworn, upon his oath deposes and says that the foregoing accounting of taxable costs in this matter is true and accurate to the best of his knowledge, information and belief

TERRITORY OF THE VIRGIN ISLANDS )
                                         ss.
Judicial Division of St. Croix           )

SUBSCRIBED AND SWORN to before me this 7th day of January, 2005 by Edward L. Barry.

*&MM094*
Notary Publ c

DONOVAN M. HAMM, JR., ESQ.
NOTARY PUBLIC
My Commission Expires 1011612006
LNP-003-02


PLAINTIFF'S EXHIBIT A