# THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
*****************************
JOSEPH P. BICHSEL            :      CIVIL ACTION NO.: 03-CV-0288 (HBF)
Plaintiff,                   :
                             :
v.                           :      JANUARY 19, 2005
                             :
JILLIAN WONG and             :
ALEX WONG                    :
Defendants.                  :
*****************************
```

## PLAINTIFF'S SUPPLEMENTAL DOCUMENTATION OF COSTS

The Plaintiff, Joseph P. Bichsel, hereby submits the attached supplemental

documentation in support of his bill of costs.

> THE PLAINTIFF,
> JOSEPH P. BICHSEL, by
>
> Warren P. Sasso, Jr.
> Fed. Bar No.: CT-18128
> Goldstein and Peck, P.C.
> 1087 Broad Street
> P.O. Box 1538
> Bridgeport, CT 06601
> Tel:  (203)334-9421
> Fax: (203)334-6949

Page 1 of 2

## CERTIFICATION

This is to certify that a copy of the foregoing was transmitted, by first class mail

postage prepaid on this 19th day of January 2005, to:

Robert Oliver, Esq.
Francis J. Drumm, III, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, Connecticut 06511

Edward L. Barry, Esq.
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, U.S.V.I. 00820

Warren F. Sasso, Jr.