UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH P. BICHSEL,<br><br>       Plaintiff;<br><br>vs.<br><br>JILLIAN WONG and ALEX WONG,<br><br>       Defendants. | )<br>)<br>)   Civil No. 03-CV-0288 (WWE)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Satisfaction of Judgment

COMES NOW Plaintiff Joseph P. Bichsel and hereby acknowledges and agrees that the Judgment entered herein in his favor on December 1, 2004, and against Defendants/Judgment Debtors Jillian Wong, including taxable costs and accrued interest, is satisfied by payment in full.

RESPECTFULLY SUBMITTED this 11th day of March, 2005.

Edward L. Barry, *pro hac vice*; CT24618
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, St. Croix, V. I. 00820
Tel. 340.773/6955; Fax 340.773.3092
elb@hammbarrylaw.com
    -and-
William J. Kupinse, Jr., CT06113
Daren R. Altieri
Goldstein and Peck, P.C.
P.O. Box 1538
Bridgeport, Connecticut 06601
Tel. (203) 334-9421; Fax (203) 334-6949
KupinseW@goldsteinandpeck.com

By: _[signature]_

## Certificate of Service

A copy of the foregoing was mailed this \_11\_ day of March, 2005 to Robert G. Oliver, Esq. and Francis J. Drumm, III, Esq., Mulvey, Oliver, Gould & Crotta, 83 Trumbull Street, New Haven, CT 06511; courtesy copy by facsimile (203) 789-8371.

_____