UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH P. BICHSEL,
    PLAINTIFF                          CIVIL ACTION NO.: 03CV288(HBF)

VS.

JILLIAN WONG and ALEX WONG,
    DEFENDANTS                    MARCH 14, 2005

**PARTIES' STIPULATION FOR BILL OF COSTS**

The plaintiff and the defendants herewith stipulate that in lieu of the plaintiff's original Bill of Costs and plaintiff's Supplemental Documentation of Costs, the parties have agreed that the total amount of taxable costs is $7,396.63.

The parties further stipulate and agree that this sum has now been paid and the Bill of Costs as so stipulated has been satisfied without the need for further adjudication by the court.

PLAINTIFF

By /s/ Edward L. Barry
Edward L. Barry, Esq.
CT 24618
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, VI  00820


DEFENDANTS, JILLIAN WONG AND
ALEX WONG

BY: /s/ Robert G. Oliver
ROBERT G. OLIVER
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT 06511
(203)624-5111
FED ID. NO. CT 00192

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid on March 14, 2005, to all counsel of record:

Edward L. Barry, Esq.
Hamm & Barry
5030 Anchor Way, Gallows Bay
Christiansted, VI  00820

Darren R. Altieri, Esq.
Warren P. Sasso, Esq.
William J. Kupinse, Jr., Esq.
Goldstein & Peck
P. O. Box 1538
Bridgeport, CT 06601

_____
ROBERT G. OLIVER