


## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

---

JOSEPH P. BICHSEL
    Plaintiff-Appellant,

v.

JILIAN WONG and
ALEX WONG,
    Defendants-Appellees.

---

Docket No. 05-0068-cv

nhct
03-cv-288
Fitzsimmons

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration before the Court. Such withdrawal shall be without prejudice to a reactivation of the appeal by appellant's counsel so notifying this Court by filing written notice of reactivation with the Clerk of this Court on or before: April 14, 2005.

If not thus reactivated, the appeal shall be deemed withdrawn with prejudice and without costs or attorneys fees incurred to date. See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002).

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under Rule 42(b) of the Federal Rules of Appellate Procedure.

Warren F. Sasso
William J. Kupinse, Jr.
Attorneys for Appellant
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT 06601-1538

Robert G. Oliver
Attorney for Appellee
Mulvey Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06511-3774

SO ORDERED.

Dated: 3/24/05

SO ORDERED.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By Stanley A. Bass, Staff Counsel

March 25, 2005

CERTIFIED: 4/4/07